USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EIRA FOLLMAN,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.

Case No. 7:23-cv-08119-NSR

## STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, that the date by which Defendant LexisNexis Risk Solutions, Inc. must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended until and including November 11, 2023.

Dated: October 12, 2023
       New York, New York

| | |
|---|---|
| **STEIN SAKS, PPLC** | **ALSTON & BIRD LLC** |
| By: /s/ Eliyahu Babad | By: /s/ Joseph Tully |
| Eliyahu Babad | Joseph G. Tully |
| One University Plaza, Suite 620 | 90 Park Avenue |
| Hackensack, New Jersey 07601 | New York, New York 10016 |
| (201) 282-6500 | (212) 210-9400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

Hon. Nelson S. Roman, U.S.D.J.

Dated: October 13, 2023
      White Plains, New York